**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ERIC ANDERSON, <br> and CORRIN GENOVESE, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Case No. 18-cv-00967 |
| vs. | ) <br> ) | Judge Sara L. Ellis |
| NATIONAL CREDIT SYSTEMS, INC., <br> DURANTE & RICH REAL ESTATE LLC, | ) <br> ) <br> ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR ENTRY OF
<u>JUDGMENT AGAINST DURANTE & RICH REAL ESTATE, LLC</u>**

Plaintiffs, Eric Anderson and Corrin Genovese, request that this Court enter a default judgment against defendant Durante & Rich Real Estate, LLC ("D&R"), and set a date for submission of prove-up materials and a prove-up hearing.

In support of this motion, plaintiffs state as follows:

1. On February 6, 2018, plaintiffs filed a complaint against D&R to secure redress for unlawful collection practices engaged in by defendant. Plaintiffs alleged that defendant D&R hired NCS to collect money in the amount of $3,940 for which was incorrectly charged after plaintiffs legally terminated their lease pursuant to the Chicago Residential Landlord Tenant Ordinance.

2. D&R's registered agent was served on February 16, 2018 (*Exhibit A,* Docket Item No. 10)  D&R's answer was therefore due on March 9, 2018.  As of today's date, nobody has filed an appearance on D&R's behalf, and D&R has not filed an answer to the complaint.

3. Plaintiffs alleged that defendant D&R attempted to impose an early lease termination charge on plaintiffs after they lawfully terminated their lease early pursuant to the

Chicago Residential Landlord Tenant Ordinance, and then sent that amount to a collection agency, National Credit Systems, Inc. who reported it to the credit bureaus as a delinquent debt. Plaintiffs further allege that D&R did not instruct National Credit Systems, Inc. to delete the collection tradeline after plaintiffs disputed it with the credit bureaus.

4. Plaintiffs have alleged that defendant's actions violated the Fair Credit Reporting Act, and plaintiffs also seek a declaration that they do not owe D&R any money.

WHEREFORE, plaintiffs respectfully request that an entry of default be entered in favor of plaintiffs and against defendant Durante & Rich Real Estate, LLC, and that a schedule be set for submission of prove-up materials and a prove up hearing.

Respectfully submitted,

/s/ *Tara L. Goodwin*
Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

# CERTIFICATE OF SERVICE

      I, Tara L. Goodwin, hereby certify that on April 30, 2018, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

      Respectfully submitted,

      */s/ Tara L. Goodwin*
      Tara L. Goodwin


Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com